Michael R. Pandullo
Nevada Bar No. 10707
700 South Third Street
Las Vegas, Nevada 89104
Telephone: (702) 580-4936
Facsimile: (702) 474-1320
Michael.Pandullo@gmail.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LARON MOORE,<br><br>        Defendant. | Case No. 2:11-cr-082-PMP-GWF<br><br>**DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION FOR RESIDENTIAL DRUG ABUSE PROGRAM** |

**COMES NOW** the Defendant, Laron Moore, by and through his attorney, Michael R. Pandullo, Esq., and respectfully files the following Motion.

DATED this 16st day of February, 2012.

                                              /s/ Michael R. Pandullo

                                              Michael R. Pandullo, Esq.
                                              Attorney for Defendant
                                              Michael.Pandullo@gmail.com

## I. Introduction and Argument

On February 6, 2012, Defendant Laron Moore was sentenced in the above-captioned case. Defense Counsel requested in his Sentencing Memorandum that Laron Moore be given a judicial recommendation for admission to Residential Drug Abuse Program ("RDAP"). However, this issue was not specifically addressed at sentencing. Accordingly, based upon the Pre-Sentence Investigation Report ("PSR"), which indicated that Mr. Moore has struggled with substance abuse, Mr. Moore requests that his sentence be amended to include a judicial recommendation for admission to RDAP.

DATED this 16th day of February, 2012.

/s/ Michael R. Pandullo

Michael R. Pandullo, Esq.
Attorney for Defendant
Michael.Pandullo@gmail.com

**IT IS SO ORDERED**

DATED: March 16, 2012

UNITED STATES DISTRICT JUDGE