UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | District No. 2:11-CR-082-PMP-GWF |
| vs. | |
| LARON MOORE | |
| Defendant. | |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 23rd, 2012 Brenda Weksler of the Federal Public Defender's Office, counsel for Defendant, ordered a copy of the Transcript of the hearing held on August 8, 2011, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than her client and staff.

DATED this 23rd day of March, 2012.

Philip M. Pro
United States District Judge