UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LARON MOORE,<br><br>　　　　　Defendant. | 2:11-CR-00082-PMP-GWF<br><br>**ORDER** |

On May 14, 2013, the Court entered an Order (Doc. #78) denying Defendant Moore's Motion pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. Six days later, Defendant Moore filed a tardy "Reply" Memorandum (Doc. #79). Although Defendant Moore's Reply was not timely, the Court has nonetheless reviewed the same and has determined that Defendant Moore's Reply demonstrates no good cause to warrant alteration of this Court's Order (Doc. #78) entered May 14, 2013.

**IT IS THEREFORE ORDERED** that this Court's prior Order (Doc. #78) denying Defendant Moore's Motion to Vacate (Doc. #71) is confirmed.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge