UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00082-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| LARON MOORE, | |
| Defendant. | |

Having read and considered Defendant Moore's Motion to Reconsider or Reopen (Doc. #81), filed June 3, 2013, and the Government's Response (Doc. #82), and good cause appearing,

**IT IS THEREFORE ORDERED** that Defendant Moore's Motion to Reconsider or Reopen (Doc. #81) is **DENIED**.

DATED: July 5, 2013.

_____
PHILIP M. PRO
United States District Judge